ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Entered
JS-6

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/12/09

_____
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORLUCCI,<br><br>    Petitioner,<br><br>    vs.<br><br>D.A. GIL GARCETTI, et al.,<br><br>    Respondents. | Case No. CV 09-1457-GHK (RNB)<br><br>**J U D G M E N T** |

      In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

      IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 3/12/09

/s/ George H. King
GEORGE H. KING
UNITED STATES DISTRICT JUDGE